## JONES V. THE STATE.

(Decided February 13, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

A. L. ARNOLD, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, and BORDEN H. BURR, Solicitor, for the State.

MAYFIELD, J.—No bill of exceptions and no error of record. Affirmed.

All the Justices concur.